## Mississippi Electronic Courts
### Second Circuit Court District of Mississippi (Harrison Circuit Court - Gulfport)
### CIVIL DOCKET FOR CASE #: 24CI1:21-cv-00042

Baldwin et al v. Gulf Island Water Park
Assigned to: Judge Lisa P. Dodson

**Upcoming Settings:**

None Found

Date Filed: 02/16/2021
Current Days Pending: 7
Total Case Age: 7
Jury Demand: Plaintiff
Nature of Suit: 181 Negligence - General

---

**Plaintiff**

**Gabrielle Baldwin**
14987 Greenwell Cir
Biloxi, MS 39532

represented by **Kenneth Michael Altman**
Morris Bart, PLC
1712 15th Street, Suite 200
GULFPORT, MS 39501
228-276-0308
Fax: 228-865-7885
Email: kaltman@morrisbart.com
*ATTORNEY TO BE NOTICED*

**Ida Henley**
Morris Bart, Ltd.
1712 15th Street
Suite 300
GULFPORT, MS 39501
228-574-4118
Fax: 800-474-1792
Email: ihenley@morrisbart.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Bullard**

represented by **Kenneth Michael Altman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ida Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.
**Defendant**


EXHIBIT "A"

**Gulf Island Water Park**
12435 Plunkett Rd
Gulfport, MS 39503

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2021 | 1 | COMPLAINT against Gulf Island Water Park, filed by Rebecca Bullard, Gabrielle Baldwin. (Attachments: # 1 Civil Cover Sheet,) (Nash, Cody) (Entered: 02/16/2021) |
| 02/16/2021 | 2 | SUMMONS Issued to Gulf Island Water Park. RETURNED TO ATTORNEY FOR SERVICE (Nash, Cody) (Entered: 02/16/2021) |
| 02/23/2021 | 4 | CERTIFICATE OF SERVICE by Gabrielle Baldwin, Rebecca Bullard (Henley, Ida) (Entered: 02/23/2021) |

| MEC Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/23/2021 18:14:45 ||||
| You will be charged $0.20 per page to view or print documents. ||||
| MEC Login: | tc7826M | Client Code: | 1291.043 |
| Description: | Docket Report | Search Criteria: | 24CI1:21-cv-00042 |
| Billable Pages: | 2 | Cost: | 0.40 |

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

GABRIELLE BALDWIN AND
REBECCA BULLARD                                                    PLAINTIFFS

VS.                                      CIVIL ACTION NO: A2401-2021-042

GULF ISLANDS WATER PARK                                             DEFENDANT

## COMPLAINT
## JURY TRIAL REQUESTED

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiffs, Gabrielle Baldwin and Rebecca Bullard, who file this Complaint against the Defendant, Gulf Islands Water Park ("Gulf Islands"), and shows this Honorable Court that:

I.

The Plaintiffs, Gabrielle Baldwin and Rebecca Bullard, are persons of majority and domiciled in Harrison County, State of Mississippi.

II.

Defendant, Gulf Islands, upon information and belief, is licensed to do business and currently doing business in the State of Mississippi, who may be served with process by registered agent, Registered Agent Solutions, Inc., at 12435 Plunkett Road, Gulfport, MS 39503, or wherever they may be found.

III.

This cause of action occurred or accrued in Harrison County, Mississippi; and pursuant to the provisions Miss. Code Ann. §11-11-3, as amended, venue is proper in this Court.

IV.

That on or about June 19, 2020, and at all times hereinafter mentioned, Plaintiffs,

1

FILED
FEB 16 2021

Gabrielle Baldwin and Rebecca Bullard, were business invitees at the Gulf Islands in Gulfport, Mississippi.

V.

That Plaintiffs were in riding on a two-person inner tube designated for a ride named "Horn Blaster." That while the Plaintiffs were waiting in the inner tube, the water to the ride was shut off. That while the water was shut off, an employee operating the ride sent the Plaintiffs onto the ride. That Plaintiffs reached a certain point of the ride that requires water to move the inner tube forward, and since there was no water to propel the inner tube forward, the Plaintiffs slid backwards and forcefully landed on a section of the ride containing jets that would normally be shooting water, causing injury.

VI.

That at all pertinent times, Defendant failed to safely operate the ride on the premises and placed the public attendees in danger of injury on the ride.

### COUNT ONE: NEGLIGENCE AND NEGLIGENCE PER SE

VII.

That Gulf Islands' negligence and negligence per se, was the direct and proximate cause of the subject accident as more fully described below:

    a.    By failing to maintain and safely operate their business;

    b.    In operating the business in an improper, unsafe, and negligent manner;

    c.    In failing to warn the Plaintiff of a hidden danger that they caused;

    d.    In failing to provide notice of a danger in which they were aware of;

    e.    By sending Plaintiffs on a ride with willful, wanton, and reckless disregard for the safety of others;

    e.    By failing to see what should have been seen;

      f.      In violating the duties owed to a business invitee;

      g.      In violating industry standards and safety codes;

      h.      In violating company policies and procedures;

      i.      In violating the Revised Statutes of the State of Mississippi, all of which are pled as if copied herein in extenso;

      j.      In violating Federal regulations and guidelines; and

      k.      All other acts of negligence and negligence per-se which were the cause of the injuries sued upon herein and will be shown at the trial of this matter.

IX.

That the sole, proximate, and only cause of the resulting injuries pled herein, was the negligence and other actions and/or omissions of Defendant, without any negligence on the part of the Plaintiffs.

X.

That as a direct and proximate result of the acts pled herein, Plaintiffs, Gabrielle Baldwin and Rebecca Bullard, suffered injuries.

XI.

As a result thereto, Plaintiffs, Gabrielle Baldwin and Rebecca Bullard have suffered the following damages as may be shown by a preponderance of the evidence: past, present, and future bills for medical treatment; past, present, and future physical pain and suffering; fear for the future consequences of the injuries sustained; past, present, and future mental and emotional anguish and distress including fear of further future injury and loss of enjoyment of life.

<b><u>COUNT TWO: GROSS NEGLIGENCE</u></b>

XII.
The allegations of the preceding paragraphs are incorporated by reference.

XIII.

Defendant's actions and the manner in which the ride was operated with no water being filtered through to safely operate the ride, placed not only the Plaintiffs, but all patrons present in danger and evidences a willful and wanton disregard for the safety of the general public.

XIV.

In addition to compensatory damages, Plaintiffs seek and demand punitive damages based on the Defendant's reckless disregard for the safety of the invited public and to punish the defendant(s) and make an example of them for the community.

XV.

Plaintiff shows that he is entitled to a trial by jury on all issues raised herein, and prays for a trial by jury on all issues raised herein.

**WHEREFORE,** your Plaintiffs, Gabrielle Baldwin and Rebecca Bullard, pray that the Defendant, Gulf Islands, be served with a copy of this Complaint, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiffs, and against the Defendant as alleged, together with legal interest at the rate of 8%, and for all costs of these proceedings including expert witness fees to be taxed as costs of court, attorney's fees and expenses and for all legal and equitable relief this honorable court shall deem appropriate. Further, a **TRIAL BY JURY** is requested on all issues raised herein.

RESPECTFULLY SUBMITTED, this the 7th day of January, 2021.

PLAINTIFFS, GABRIELLE BALDWIN AND REBECCA BULLARD

BY: _Ida Henley_
IDA HENLEY, MSB #105757

4

IDA HENLEY, MSB # 105757
KENNETH M. ALTMAN, MSB # 9936
MORRIS BART, LTD
1712 15TH STREET , SUITE 300
GULFPORT, MS 39501
PHONE: 228-574-4118
E-MAIL: ihenley@morrisbart.com

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Revised 1/1/2001)

Court Identification Docket Number: 24 | 1 | CI
County #: 24
Judicial Court ID District (CH, CI, CO): 1 CI

Month/Date/Year: 02 | 16 | 21
This area to be completed by clerk: LPD

Case Year: 2021
Docket Number: 00042
Local Docket ID: ___
Case Number if filed prior to 1/1/94: ___

IN THE **CIRCUIT** COURT OF **HARRISON** COUNTY

Short Style of Case: Gabrielle Baldwin and Rebecca Bullard vs. Gulf Islands Water Park
Party Filing Initial Pleading: Type/Print Name **Ida Henley**     MS Bar No. **105757**
____ Check (✓) if Not an Attorney     ____ Check (✓) if Pro Hac Vice     Signature: *Ida Henley*
Compensatory Damages Sought: $ ____     Punitive Damages Sought: $ ____
Is Child Support contemplated as an issue in this suit?  ___ Yes  ___ No

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual: Last Name **Baldwin**  First Name **Gabrielle**  Maiden Name, if Applicable ___  Middle Init. ___  Jr/Sr/III/IV ___
Address of Plaintiff: **14987 Greenwell Circle Biloxi, MS 39532**
____ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____
____ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency ____
Business ____
____ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: ____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual: Last Name ___  First Name ___  Maiden Name, if Applicable ___  Middle Init. ___  Jr/Sr/III/IV ___
____ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____
✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency ____
Business **Gulf Islands Water Park**
____ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: ____
ATTORNEY FOR THIS DEFENDANT: Bar No. ____ or Name: ____     Pro Hac Vice (✓) ___

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- ✓ Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other

IN THE <u>CIRCUIT</u>  ▼COURT OF <u>HARRISON</u>  ▼COUNTY, MISSISSIPPI

<u>FIRST</u>  ▼ JUDICIAL DISTRICT, CITY OF <u>Gulfport</u>

Docket No. _____ - _____ _____   Docket No. If Filed
         File Yr   Chronological No.   Clerk's Local ID   Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual:** <u>Bullard</u>_____ <u>Rebecca</u>_____ (_____) _____ _____
    Last Name      First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: <u>105757</u> Bar # or Name: <u>Ida Henley</u>_____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** _____ _____ (_____) _____ _____
    Last Name      First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** _____ _____ (_____) _____ _____
    Last Name      First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

GABRIELLE BALDWIN AND
REBECCA BULLARD                                                    PLAINTIFFS

VS.                                      CIVIL ACTION NO: A2401-2021-042

GULF ISLANDS WATER PARK                                             DEFENDANT

## SUMMONS

**THE STATE OF MISSISSIPPI**
**TO:** GULF ISLANDS WATER PARK          *       (Or, wherever found.)
     c/o Registered Agent Solutions, Inc.    *
     12435 Plunkett Road                     *
     Gulfport, MS 39503                      *
                                              *

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Ida Henley, Esquire, the attorney for the Plaintiff, whose address is 1712 15th Street, Suite 300, Gulfport, MS 39501.

Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 16 day of February, 2021.

CIRCUIT CLERK OF HARRISON COUNTY

BY: _____

CONNIE LADNER, CIRCUIT CLERK
HARRISON COUNTY
PO BOX 998
GULFPORT, MS 39502

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

GABRIELLE BALDWIN AND
REBECCA BULLARD                                                                                     PLAINTIFFS

VS.                                                                             CAUSE NO.: <u>A2401-2021-042</u>

GULF ISLANDS WATERPARK                                                                           DEFENDANT

---

**NOTICE OF SERVICE OF DISCOVERY**

---

**COMES NOW**, Plaintiffs, Gabrielle Baldwin and Rebecca Bullard, by and through the undersigned attorney of record, and gives notice that, pursuant to the Mississippi Rules of Civil Procedure, they served the Defendant, Gulf Islands Waterpark, with their Complaint and the following discovery:

1. Plaintiff's First Set of Interrogatories;

2. Plaintiff's Request for Production of Documents Propounded to the Defendant, Gulf Islands Waterpark; and

3. Plaintiff's Request for Admissions to Defendant, Gulf Islands Waterpark.

**RESPECTFULLY SUBMITTED**, this the 23rd day of February, 2021.

BY: <u>/s/Ida Henley</u>
IDA HENLEY, MSB# 105757

IDA HENLEY, MSB # 105757
MORRIS BART, LTD
1712 15TH STREET, SUITE 300
GULFPORT, MS 39501
PHONE: 228-574-4118
FAX:  800-474-1792
E-MAIL:  ihenley@morrisbart.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served with the Plaintiff's Complaint, a copy of the foregoing Notice of Service of Discovery on the Defendant, Gulf Islands Waterpark, pursuant to the Mississippi Rules of Civil Procedure.

**CERTIFIED** this the 23rd day of February, 2021.

*/s/Ida Henley*
IDA HENLEY, MSB# 105757

IDA HENLEY, MSB # 105757
MORRIS BART, LTD
1712 15TH STREET, SUITE 300
GULFPORT, MS 39501
PHONE: 228-574-4118
FAX:  800-474-1792
E-MAIL:  ihenley@morrisbart.com