# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**GABRIELLE BALDWIN**
**AND REBECCA BULLARD**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

**VERSUS**　　　　　　　　　　**CIVIL ACTION NO. 1:21-CV-47-TBM-RPM**

**GULF ISLANDS WATER PARK**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## AGREED ORDER REMANDING CASE
## TO STATE COURT

THIS CAUSE having come on to be heard on the *ore tenus* Motion of the Defendant, Gulf Islands Water Park, a Louisiana limited liability company, to remand this case back to the Circuit Court of Harrison County, Mississippi, First Judicial District, from which it had been previously Removed to this Court pursuant to 28 U.S.C. §1446, the said Defendant having determined that the Removal was inappropriate in that of the twenty-seven Members in the L.L.C., there are eight minority members (who collectively own less than 10% of the interest in the L.L.C.) who reside in the State of Mississippi, thereby defeating complete diversity of citizenship, and thus depriving this Court of its subject matter jurisdiction to hear this matter.

The Court finding that the Plaintiffs do not object to remand of the case, finds that the matter should be, and it is hereby, dismissed without prejudice in this Court, and is Remanded back to the State Court from which it was Removed previously, all costs incurred before this Court to be borne by the said Defendant.

SO ORDERED this the __10th__ day of _____May_____, 2021.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

/s/ Ida Henley
Ida Henley / (MSB # 105757)
Kenneth Altman / (MSB # 9936)
Morris Bart, Ltd.
1712 15th Street, Suite 200
Gulfport, MS 39501
TELEPHONE: (228) 432-9000
FACSIMILE: (228) 865-7885
E-MAIL:   ihenley@morrisbart.com
          kaltman@morrisbart.com
*Attorneys for Plaintiffs*


/s/ Timothy D. Crawley
Timothy D. Crawley / (MSB# 7826)
R. Davis House / (MSB# 105315)
ANDERSON CRAWLEY & BURKE, PLLC
ATTORNEYS AT LAW
POST OFFICE BOX 2540
RIDGELAND, MS 39158
TELEPHONE: (601) 707-8800
FACSIMILE: (601) 707-8801
E-MAIL:   TCrawley@ACBLaw.com
          DHouse@ACBLaw.com
*Attorneys for Defendant*